**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DYLAN FORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26-cv-00661-JMB |
| | ) | |
| RODNEYSE BICHOTTE-HERMELYN, BRIAN GOTLIEB, and JOY CAMPANELLI, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on review of the file. On May 21, 2026, a letter the Court had addressed to Plaintiff was returned to the Court marked "return to sender," "no such number," and "unable to forward." *See* ECF No. 3. Local Rule 2.06(B) states:

> Every self-represented party shall promptly notify the Clerk and all other parties to the proceedings of any change in his or her address and telephone number. If any mail to a self-represented plaintiff or petitioner is returned to the Court without a forwarding address and the self-represented plaintiff or petitioner does not notify the Court of the change of address within thirty (30) days, the Court may, without further notice, dismiss the action without prejudice.

Plaintiff has not notified the Clerk of Court of any change of address. The Court will therefore dismiss this action without prejudice pursuant to Local Rule 2.06(B).

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice pursuant to Local Rule 2.06(B) for failure to notify the Court of Plaintiff's change of address.

**IT IS FURTHER ORDERED** that any pending motions are **DENIED** without prejudice as moot.  [ECF No. 2]

An Order of Dismissal will accompany this Opinion, Memorandum and Order.

Dated this 25th day of  June, 2026.

_____

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE

2